UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Crim. No. 07-108-GFVT |
| V. | ) ) ) | |
| KAREY MORGAN DILLON, | ) ) ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation or "R&R") [R. 244] filed by United States Magistrate Judge Hanly A. Ingram. The Defendant, Karey Morgan Dillon, allegedly violated the terms of her supervised release by committing a violation of state law—specifically by being charged with burglary in the third degree. [R. 232.] Upon notification of that violation, the Court issued an arrest warrant. [R. 235.] This matter was then referred to Judge Ingram to conduct a final revocation hearing and recommend a proposed disposition of the matter. [R. 237.]

On November 20, 2012, Judge Ingram conducted a telephonic conference with Dillon's counsel and counsel for the United States because of an addendum to the Supervised Release Violation Report. [R. 242, 243.] This addendum was issued on November 16, 2012 by the United States Probation Office as a result of the state criminal charges, which constituted the alleged supervised release violation, being dismissed without prejudice in state court. [R. 244 at 2.] As a result of that development, the United States made an oral motion to dismiss the pending charges. [R. 244 at 2.]

On November 29, 2012, Judge Ingram issued his R&R, recommending that the United States' motion to dismiss be granted. [R. 244 at 3.] The R&R directed the parties' attention to the relevant statute which requires any objections to be filed within fourteen (14) days of service. [*Id.* at 10.] *See* 28 U.S.C. § 636(b)(1). There were no objections filed during the relevant time period.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows: The Recommended Disposition [R. 244] as to Karey Morgan Dillon is **ADOPTED** as and for the Opinion of the Court and the pending charges will be **DISMISSED**.

This 31st day of January, 2013.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge